IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| HAROLD WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:15cv584-MHT |
| | ) | (WO) |
| RICH HALLWORTH, CEO | ) | |
| Corizon Health Care, in | ) | |
| his official and | ) | |
| individual capacities, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 34) is adopted to the extent that it recommends entry of summary judgment.

(2) Defendants' motions for summary judgment (doc. nos. 14, 18 & 29) are granted.

(3) Defendants' motions to dismiss (doc. nos. 14, 18 & 29) are denied.

(3) Judgment is entered in favor of defendants and against plaintiff, with plaintiff taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 31st day of August, 2018.

                          /s/ Myron H. Thompson
                          **UNITED STATES DISTRICT JUDGE**